**DAVIS BUCCO & MAKARA**
BY: Paul Bucco, Esquire
Attorney ID No.: 040151988
10 East 6th Avenue, Suite 100
Conshohocken, PA 19428
(610) 238-0880

*Attorney for Defendant,*
*Fizzano Bros. Concrete Products, Inc.*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRIENDS OF THE DELAWARE RIVER, LLC** | : | |
| *Plaintiffs,* | : | CIVIL ACTION |
| | : | NO.: 2:26-CV-04399 |
| v. | : | |
| **FIZZANO BROS. CONCRETE PRODUCTS, INC.** | : | |
| *Defendant.* | : | |

**<u>JOINT SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER</u>**

Plaintiff, Friends of the Delaware River, LLC, and Defendant, Fizzano Bros. Concrete Products, Inc., by and through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 6(b)(1)(A), as follows:

1. Plaintiff filed its Complaint in this action on June 26, 2026.

2. On September 2, 2026, the parties sought and received an initial extension of time for Defendant to respond to the Complaint, to and including October 9, 2026. This was later extended to November 10, 2026.

3. The parties are actively engaged in settlement discussions and seek an additional extension of time in order to afford the parties an opportunity to finalize those negotiations.

4. Good cause exists for the requested extension. It is sought jointly and in good faith, and not for purposes of delay, and it will not prejudice either party. No scheduling order has been entered, and the requested extension will not affect any other deadline in this action.

5. Accordingly, the parties stipulate and agree that Defendant's deadline to respond to the Complaint, currently November 10, 2026, is extended to and including November 24, 2026.

6. This Stipulation is without prejudice to, and does not waive, any claim, defense, or objection of any party, including any defense available under Fed. R. Civ. P. 12(b), all of which are expressly reserved.

/s/Marc L. Ackerman
Marc L. Ackerman
Brodsky Smith, LLC
Two Bala Plaza, Suite 805
Bala Cynwyd, PA 19004

/s/ Paul A. Bucco
Paul A. Bucco, Esquire
Davis Bucco & Makara
10 E. 6th Avenue, Suite 100
Conshohocken, PA 19428

Dated: November 10, 2026

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRIENDS OF THE DELAWARE RIVER, LLC**<br><br>*Plaintiffs,*<br><br>v.<br><br>**FIZZANO BROS. CONCRETE PRODUCTS, INC.**<br><br>*Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO.: 2:26-CV-04399 |

---

**ORDER TO EXTEND THE DEADLINE FOR DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT TO NOVEMBER 10, 2026**

**AND NOW**, this ____ day of __________, 2026, upon consideration of the Joint Stipulation for Extension of Time to Respond to Plaintiff's Complaint, and for good cause shown, it is hereby **ORDERED** that the Stipulation is **APPROVED** and that the deadline for Defendant to respond to Plaintiff's Complaint, previously extended to November 10, 2026, is further extended to and including November 24, 2026.

**BY THE COURT:**

______________________________
**J.**